UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT PACKARD PAVILION 625 LAPTOP, )<br>    GRAY, SN# CNU0471R73, )<br>)<br>KINGSTON DATA TRAVELER 4GB FLASH DRIVE, )<br>)<br>GENERIC GRAY AND BLACK FLASH DRIVE, )<br>)<br>POWER SUPPLY, BLACK, FOR LAPTOP, )<br>)<br>MICRO SD CARD WITH ADAPTER, )<br>)<br>AUXILIARY TO AUXILIARY CABLE, BLACK, )<br>)<br>WIRELESS MOUSE INCLUDING USB WIRELESS )<br>    PLUG FOR THE MOUSE, )<br>)<br>Defendants. ) | CIVIL NO. 1:13-CV-139<br><br>COLLIER / LEE |

## ORDER

This civil matter is before the Court on Plaintiff United States' Motion to Seal [Doc. 2] and Motion to Stay Civil Forfeiture Proceeding [Doc. 4]. Having reviewed and considered the record before it, the Court finds there is good cause to seal the Affidavit for the Verified Complaint *In Rem* [Doc. 3] and to stay the case pursuant to 18 U.S.C. § 981(g)(1), as it is probable that proceeding with civil discovery in this case will adversely affect the ability of the United States to conduct a related criminal investigation, and the motions [Doc. 2 & 4] are hereby **GRANTED**.

The Affidavit for the Verified Complaint *In Rem* [Doc. 3] is hereby sealed pending further order of the Court and the proceedings in this case are hereby **STAYED** until the related criminal

investigation has been concluded and any resulting criminal action has been disposed of at the trial court level, either through a verdict or by way of a plea, or until further order of the Court. In order to keep the Court up to date on the status of the criminal investigation and the remaining issues in this case, however, following the entry of this Order, the plaintiff is hereby **DIRECTED** to notify the Court of the status of the underlying criminal action, at six-month intervals.

ORDERED that a stamp-filed copy be provided to the United States Attorney's Office prior to sealing and that agents of the United States shall be exempted as to allow coordination with state and local law enforcement of any seizure.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE